**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

        Plaintiff(s),

  v.

MANHATTAN LOFT, LLC , et al.

        Defendant(s).

CASE NO:
2:18–cv–01359–FMO–JPR

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: February 26, 2019

                     /s/ *Fernando M. Olguin*
                    Fernando M. Olguin
                    United States District Judge